IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TELECONFERENCE SYSTEMS, LLC, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-01550 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　This matter is set for a hearing on July 31, 2009 on the motions to dismiss filed by defendants Teleconference Systems, LLC and Margalla Communications, LLC. The Court HEREBY ORDERS that oppositions to these motions shall be filed by no later than June 16, 2009 and reply briefs shall be filed by no later than June 23, 2009.

　　　If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　　**IT IS SO ORDERED.**

Dated: June 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE