1 MATTHEW D. POWERS (Bar No. 104759)
matthew.powers@weil.com
2 EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
3 SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
4 RIP FINST (Bar No. 234478)
rip.finst@weil.com
5 WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
6 Redwood Shores, CA 94065
Telephone: (650) 802-3000
7 Facsimile: (650) 802-3100

8 Attorneys for Plaintiff
CISCO SYSTEMS, INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW |
| 13           Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO ENLARGE TIME |
| 14     v. | FOR CISCO'S RESPONSE TO DEFENDANTS' MOTIONS TO |
| 15 TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUBJECT MATTER JURISDICTION |
| 16           Defendants. | |
| 17 | |
| 18 | Hon. Jeffrey S. White |

19          Having reviewed the parties' Stipulation To Enlarge Time For Cisco's Response

20 To Defendants' Motions To Dismiss For Lack Of Personal Jurisdiction And Subject Matter

21 Jurisdiction, IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED. Cisco's

22 responsive briefs shall be filed no later than July 10, 2009 and that defendants' reply briefs shall

23 be filed no later than July 17, 2009, pursuant to this Court's Local Rules and Orders regarding

24 electronic filing.

25 SO ORDERED.

26 Dated: __June 8_____, 2009        _____
                                                    The Honorable Jeffrey S. White
27                                               United States District Judge

28