MATTHEW D. POWERS (Bar No. 104759)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
RIP FINST (Bar No. 234478)
rip.finst@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR CISCO'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUBJECT MATTER JURISDICTION |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants. | |
| | Hon. Jeffrey S. White |

Having reviewed the parties' Stipulation To Enlarge Time For Cisco's Response To Defendants' Motions To Dismiss For Lack Of Personal Jurisdiction And Subject Matter Jurisdiction, IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED. Cisco's responsive briefs shall be filed no later than September 1, 2009 and that defendants' reply briefs shall be filed no later than September 11, 2009, pursuant to this Court's Local Rules and Orders regarding electronic filing. The hearing is CONTINUED to September 25, 2009 at 9:00 a.m.

SO ORDERED.

Dated: _____July 1_____, 2009          _____
                                              The Honorable Jeffrey S. White
                                              United States District Judge

[~~Proposed~~] ORDER GRANTING STIPULATION
TO ENLARGE TIME                                    US_ACTIVE:\43057370\01\43057370_1.DOC\35826.0055