UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC. <br><br> Defendants, | CASE NO.: C 09-01550 JSW <br><br> [PROPOSED] ORDER RE: SUBSTITUTION OF ATTORNEYS ROBERT W. HICKS & KENNETH R. WRIGHT <br><br><br> Judge: Hon. Jeffrey S. White <br> Courtroom 11 |

Defendants TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC. seek an order permitting substitution of attorneys Robert W. Hicks (SBN 168049) and Kenneth R. Wright (SBN 176325) of the law firm Robert W. Hicks & Associates, 14510 Big Basin Way, Suite 151, Saratoga, CA 95070, rhicks@rwhlaw.com, kwright@rwhlaw.com, telephone (619) 846-4333, as attorney for Defendants in place and stead of Gary S. Fergus.

Upon a finding that Defendants' Request for Approval of Substitution appears to be in order and signed by the appropriate parties, the Court hereby orders that the request of Defendants TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC. to substitute Robert W. Hicks (SBN 168049) and Kenneth R. Wright (SBN 176325) as counsel for Defendants in place and stead of Gary S. Fergus, is GRANTED.

**IT IS SO ORDERED.**

Date: July 30, 2009                         By: *Jeffrey S White*
                                                JEFFREY S. WHITE
                                                United States District Judge

---