1  ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
   TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
2  The Simon Law Firm, P.C.
   701 Market Street, Suite 1450
3  Saint Louis, Missouri  63101
   Phone:  (314) 241-2929
4  Fax:  (314) 241-2029
   asimon@simonlawpc.com
5  teg@simonlawpc.com

6  Attorneys for Defendants

7  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powes@weil.com
8  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
9  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
10 RIP FINST (Bar No. 234478)
   rip.finst@weil.com
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA  94065
   Telephone: (650) 802-3000
13 Facsimile: (650) 802-3100

14 Attorneys for Plaintiff
   CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW |
| Plaintiff, | JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JOSEPH C. SPERO |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants. | Hon. Jeffrey S. White |

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EARLY SETTLEMENT
CONFERENCE                                    Case No. C 09-01550 JSW

WHEREFORE, pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(c), counsel met and conferred regarding ADR and filed a Notice of Need for ADR Phone Conference on August 10, 2009;

WHEREFORE, the parties believe that an early settlement conference before Hon. Magistrate Judge Joseph C. Spero is likely to be the most productive vehicle for ADR and the complexity and character of this litigation make it especially well-suited for such an ADR option;

WHEREFORE, Magistrate Judge Spero has confirmed his availability to conduct an early settlement conference between the parties; and

WHEREFORE, the parties seek the Court's approval and referral for such a conference with Magistrate Judge Spero.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the parties will agree to participate in an early settlement conference before Magistrate Judge Spero within the next 180 days.

This stipulation is without prejudice to any of the parties' present jurisdictional motions and/or present and future motions to stay or to transfer this matter and/or the related matter in the United States District Court in Delaware.

Dated: August 13, 2009			THE SIMON LAW FIRM, P.C.

					By:  /s/ Anthony G. Simon
						ANTHONY G. SIMON
						asimon@simonlawpc.com

					Attorneys for Defendants

Dated: August 13, 2009			WEIL, GOTSHAL & MANGES LLP

					By:   /s/ Edward R. Reines
						EDWARD R. REINES
						edward.reines@weil.com

					Attorneys for Plaintiff Cisco Systems, Inc.

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING EARLY SETTLEMENT
CONFERENCE			1			Case No. C 09-01550 JSW

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to an early settlement conference before Magistrate Judge Joseph C. Spero, to take place within the next 180 days.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __August 14, 2009__  _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE