1   ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
    TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
2   The Simon Law Firm, P.C.
    701 Market Street, Suite 1450
3   Saint Louis, Missouri 63101
    Phone: (314) 241-2929
4   Fax: (314) 241-2029
    asimon@simonlawpc.com
5   teg@simonlawpc.com

6   Attorneys for Defendants

7   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powes@weil.com
8   EDWARD R. REINES (Bar No. 135960)
    edward.reines@weil.com
9   SONAL N. MEHTA (Bar No. 222086)
    sonal.mehta@weil.com
10  RIP FINST (Bar No. 234478)
    rip.finst@weil.com
11  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
12  Redwood Shores, CA 94065
    Telephone: (650) 802-3000
13  Facsimile: (650) 802-3100

14  Attorneys for Plaintiff
    CISCO SYSTEMS, INC.
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18  CISCO SYSTEMS, INC.,                    Case No. C 09-01550 JSW

19              Plaintiff,                  JOINT STIPULATION AND ~~PROPOSED~~
                                            ORDER REGARDING CASE
20      v.                                  MANAGEMENT CONFERENCE

21  TELECONFERENCE SYSTEMS, LLC and
    MARGALLA COMMUNICATIONS, INC.,          Hon. Jeffrey S. White
22
                Defendants.
23

24

25

26

27

28

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING CASE MANAGEMENT
CONFERENCE                                          Case No. C 09-01550 JSW

1    WHEREFORE, the April 8, 2009 Order Setting Initial Case Management Conference and

2    ADR Deadlines set a Case Management Conference in this case for August 25, 2009 before

3    Magistrate Judge Patricia V. Trumbull;

4    WHEREFORE, this case was ordered reassigned to Judge Jeffrey S. White on April 10,

5    2009;

6    WHEREFORE, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, this Court ordered

7    on April 13, 2009 that the Case Management Conference in this case shall be held on August 28,

8    2009;

9    WHEREFORE, counsel for the Plaintiff has an unavoidable conflict on August 28, 2009;

10    WHEREFORE, counsel for the parties have met and conferred regarding available dates

11    according to the Court's calendar and the parties' schedules; and

12    WHEREFORE, the Court's July 1, 2009 Order Granting Stipulation To Enlarge Time For

13    Cisco's Response To Defendants' Motions To Dismiss For Lack Of Personal Jurisdiction And

14    Subject Matter Jurisdiction set the hearing regarding those motions on September 25, 2009 at

15    9:00 am.

16    NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that,

17    subject to the Court's approval, the Case Management Conference in this case shall be held on

18    September 25, 2009, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden

19    Gate Avenue, San Francisco, California.

20    Dated: August 14, 2009                    THE SIMON LAW FIRM, P.C.

21                                               By: ____/s/ Anthony G. Simon_____
                                                      ANTHONY G. SIMON
22                                                    asimon@simonlawpc.com

23                                               Attorneys for Defendants

24    Dated: August 14, 2009                    WEIL, GOTSHAL & MANGES LLP

25                                               By: _____/s/ Edward R. Reines_____
                                                      EDWARD R. REINES
26                                                    edward.reines@weil.com

27                                               Attorneys for Plaintiff Cisco
                                                 Systems, Inc.
28

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING CASE MANAGEMENT
CONFERENCE                          1                      Case No. C 09-01550 JSW

1

## [PROPOSED] ORDER

2    Pursuant to the Stipulation above, the Case Management Conference shall be held in this

3  case on September 25, 2009, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450

4  Golden Gate Avenue, San Francisco, California.

5

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  DATED: _August 17, 2009_

9  JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING CASE MANAGEMENT
CONFERENCE                    3                    Case No. C 09-01550 JSW