IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

    Plaintiff,

  v.

TELECONFERENCE SYSTEMS, LLC, et al.,

    Defendants.

No. C 09-01550 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANTS' MOTION TO DISMISS, STAY OR TRANSFER**

This matter is set for a hearing on October 16, 2009 at 9:00 a.m. on the joint motion to dismiss, stay or transfer filed by defendants Teleconference Systems, LLC and Margalla Communications, LLC. The opposition to this motion shall be filed by no later than September 15, 2009 and the reply, if any, shall be filed by no later than September 22, 2009.

The Court HEREBY CONTINUES the hearing on the motion to dismiss for lack of subject matter jurisdiction filed by Margalla Communications, LLC. to October 16, 2009. This Order does not alter the briefing schedule set by the Court on the motion to dismiss for lack of subject matter jurisdiction.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to

///
///
///
///

modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: September 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE