1   ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
    TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
2   The Simon Law Firm, P.C.
    701 Market Street, Suite 1450
3   Saint Louis, Missouri  63101
    Phone:  (314) 241-2929
4   Fax:  (314) 241-2029
    asimon@simonlawpc.com
5   teg@simonlawpc.com

6   Attorneys for Defendants

7   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powes@weil.com
8   EDWARD R. REINES (Bar No. 135960)
    edward.reines@weil.com
9   SONAL N. MEHTA (Bar No. 222086)
    sonal.mehta@weil.com
10  RIP FINST (Bar No. 234478)
    rip.finst@weil.com
11  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
12  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
13  Facsimile: (650) 802-3100

14  Attorneys for Plaintiff
    CISCO SYSTEMS, INC.

15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18  CISCO SYSTEMS, INC.,              Case No. C 09-01550 JSW

19              Plaintiff,            JOINT STIPULATION AND
                                      [PROPOSED] ORDER REGARDING
20       v.                           MOTION HEARINGS AND CASE
                                      MANAGEMENT CONFERENCE
21  TELECONFERENCE SYSTEMS, LLC and
    MARGALLA COMMUNICATIONS, INC.,
22
                Defendants.           Hon. Jeffrey S. White
23

24

25

26

27

28

1        WHEREFORE, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, this Court ordered

2   that the Case Management Conference in this case shall be held on August 28, 2009 (D.I. 11);

3        WHEREFORE, the Court's July 1, 2009 Order Granting Stipulation To Enlarge Time For

4   Cisco's Response To Defendants' Motions To Dismiss For Lack Of Personal Jurisdiction And

5   Subject Matter Jurisdiction ("Motions to Dismiss") set the hearing regarding those motions on

6   September 25, 2009 at 9:00 am (D.I. 40);

7        WHEREFORE, pursuant to the parties' joint stipulation, the Court rescheduled the Case

8   Management Conference to the same date as that of the hearing on the Motions to Dismiss,

9   September 25, at 1:30 pm (D.I. 50);

10        WHEREFORE, pursuant to the parties' subsequent joint stipulation of August 31, 2009,

11   Defendant Teleconference Systems, LLC withdrew its Motion to Dismiss For Lack of Personal

12   Jurisdiction (D.I. 58);

13        WHEREFORE, on the same day, Defendants filed a Joint Motion to Dismiss, Stay or in

14   the Alternative Transfer to the District of Delaware (D.I. 56);

15        WHEREFORE, the Court has set the hearing on Defendants' Joint Motion to Dismiss,

16   Stay or Transfer and on the remaining Motion to Dismiss for October 16, 2009 (D.I. 61);

17        WHEREFORE, the parties believe that it may be most convenient and productive for the

18   Court and for the parties to schedule the remaining hearings and Case Management Conference

19   on the same day so that the Court may address these open issues at once; and

20        WHEREFORE, counsel for the plaintiff has a scheduling conflict on October 16, 2009.

21        NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that,

22   subject to the Court's approval, the hearing on Margalla's Motion to Dismiss For Lack of Subject

23   Matter Jurisdiction and on the Defendants' Joint Motion to Dismiss, Stay or in the Alternative

24   Transfer to the District of Delaware shall be held on October 30, 2009, at 9:00 a.m.  The briefing

25   schedule for the Defendants' joint motion shall remain unchanged.  It is further stipulated that the

26   Case Management Conference in this case shall be held on October 30, at 1:30 p.m., in

27   Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

28

1  Dated:  September 10, 2009                    THE SIMON LAW FIRM, P.C.

2                                                By: _____/s/ Anthony G. Simon_____
                                                     ANTHONY G. SIMON
3                                                    asimon@simonlawpc.com

4                                                Attorneys for Defendants

5

6  Dated:  September 10, 2009                    WEIL, GOTSHAL & MANGES LLP

7                                                By: _____/s/  Edward R. Reines_____
                                                     EDWARD R. REINES
8                                                    edward.reines@weil.com

9                                                Attorneys for Plaintiff Cisco
                                                 Systems, Inc.
10

11                                **FILER'S ATTESTATION**

12         I, Edward R. Reines, am the ECF User whose ID and password are being used to file this

13  Joint Stipulation.   In compliance with General Order 45, paragraph X.B., I hereby attest that

14  Anthony Simon has concurred in this filing.

15

16  Dated:  September 10, 2009                    WEIL, GOTSHAL & MANGES LLP

17

18                                               By: _____/s/  Edward R. Reines_____
                                                     EDWARD R. REINES
19                                                   edward.reines@weil.com

20                                               Attorneys for Plaintiff Cisco
                                                 Systems, Inc.
21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING MOTION HEARINGS
AND CASE MANAGEMENT CONFERENCE          2                    Case No. C 09-01550 JSW

1

**[PROPOSED] ORDER**

2          Pursuant to the Stipulation above, the hearing on Margalla's Motion to Dismiss For Lack

3    of Subject Matter Jurisdiction and on the Defendants' Joint Motion to Dismiss, Stay or in the

4    Alternative Transfer to the District of Delaware shall be held on October 30, 2009, at 9:00 a.m.

5    The briefing schedule for the Defendants' joint motion shall remain unchanged.  It is further

6    ordered that the Case Management Conference in this case shall be held on October 30, at 1:30

7    p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

8    California.

9

10   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12   DATED: _ September 11, 2009                        _____

13                                                       JEFFREY J. WHITE
                                                         UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING MOTION HEARINGS
AND CASE MANAGEMENT CONFERENCE          3          Case No. C 09-01550 JSW