ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

Attorneys for Defendants

MATTHEW D. POWERS (Bar No. 104795)
matthew.powes@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
RIP FINST (Bar No. 234478)
rip.finst@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. C 09-01550 JSW (JCS)<br>AMENDED STIPULATED REQUEST AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT CONFERENCE<br><br>Hon. Joseph C. Spero |

STIPULATED REQUEST AND [~~PROPOSED~~]
ORDER REGARDING SETTLEMENT
CONFERENCE                                              Case No. C 09-01550 JSW (JCS)

| | |
|---|---|
| 1 | WHEREFORE, the Court's August 24, 2009 Notice of Settlement Conference and Settlement Conference Order set a schedule for a settlement process (D.I. 53); |

WHEREFORE, the Court's August 24, 2009 Notice of Settlement Conference and Settlement Conference Order set a schedule for a settlement process (D.I. 53);

WHEREFORE, in the parallel action in the District of Delaware, *Teleconference Systems, LLC v. Procter & Gamble Pharmaceuticals, Inc. et al.*, C.A. No. 09-200 (JBS), currently pending before the court are Cisco Systems, Inc.'s motions to stay and to transfer venue to the Northern District of California and Teleconference Systems, LLC's motion for leave to amend its complaint to add Tandberg, Inc. as an additional party;

WHEREFORE, the Delaware court has scheduled a hearing on Cisco's pending motions in that action for October 26, 2009;

WHEREFORE, currently pending before this Court are Margalla Communications, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction and Defendants' Motion to Dismiss, Stay or In the Alternative Transfer to the District of Delaware; and

WHEREFORE, the parties believe that it may be most convenient and productive for the Court and for the parties to extend the deadline for the settlement process to allow the parties sufficient time to consider the resolutions of the motions pending in both actions in advance of the Settlement Conference before this Court.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, Cisco shall respond and make a counter-proposal to Defendants' settlement proposal, in writing, with a copy to the Court, by October 16, 2009 and that the parties' principals will meet and confer, in person, regarding settlement by November 30, 2009. It is further stipulated that the Settlement Conference in this case shall be held on a date convenient for the Court in early 2010.

Dated: October 14, 2009            THE SIMON LAW FIRM, P.C.

By:      /s/ Timothy E. Grochocinski
TIMOTHY E. GROCHOCINSKI
teg@simonlawpc.com

Attorneys for Defendants

STIPULATED REQUEST AND [PROPOSED]
ORDER REGARDING SETTLEMENT
CONFERENCE        1        Case No. C 09-01550 JSW (JCS)

| | |
|---|---|
| Dated: October 14, 2009 | WEIL, GOTSHAL & MANGES LLP |
| | By: _/s/ Edward R. Reines_<br>EDWARD R. REINES<br>edward.reines@weil.com |
| | Attorneys for Plaintiff Cisco Systems, Inc. |

**FILER'S ATTESTATION**

I, Edward R. Reines, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Timothy Grochocinski has concurred in this filing.

| | |
|---|---|
| Dated: October 14, 2009 | WEIL, GOTSHAL & MANGES LLP |
| | By: _/s/ Edward R. Reines_<br>EDWARD R. REINES<br>edward.reines@weil.com |
| | Attorneys for Plaintiff Cisco Systems, Inc. |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the Stipulation above, Cisco shall respond and make a counter-proposal to |
| 3 | Defendants' settlement proposal, in writing, with a copy to the Court, by October 16, 2009, and |
| 4 | the parties' principals will meet and confer, in person, regarding settlement by November 30, |
| 5 | 2009. It is further ordered that the Settlement Conference in this case shall be held on |
| 6 | _January 11_, 2010, at _9:30 a.m._, in Courtroom A, 15th Floor, Federal Building, 450 |
| 7 | Golden Gate Avenue, San Francisco, California. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 15, 2009

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE