1    ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
     TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
2    The Simon Law Firm, P.C.
     701 Market Street, Suite 1450
3    Saint Louis, Missouri 63101
     Phone: (314) 241-2929
4    Fax: (314) 241-2029
     asimon@simonlawpc.com
5    teg@simonlawpc.com

6    Attorneys for Defendants

7    MATTHEW D. POWERS (Bar No. 104795)
     matthew.powes@weil.com
8    EDWARD R. REINES (Bar No. 135960)
     edward.reines@weil.com
9    SONAL N. MEHTA (Bar No. 222086)
     sonal.mehta@weil.com
10    RIP FINST (Bar No. 234478)
     rip.finst@weil.com
11    WEIL, GOTSHAL & MANGES LLP
     201 Redwood Shores Parkway
12    Redwood Shores, CA 94065
     Telephone: (650) 802-3000
13    Facsimile: (650) 802-3100

14    Attorneys for Plaintiff
     CISCO SYSTEMS, INC.

15

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW (JCS) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION HEARINGS AND CASE MANAGEMENT CONFERENCE |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants. | Hon. Jeffrey S. White |

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING MOTION HEARINGS AND CASE
MANAGEMENT CONFERENCE            Case No. C 09-01550 JSW (JCS)

1     WHEREFORE, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, this Court ordered that the Case Management Conference in this case shall be held on August 28, 2009 (D.I. 11);

3     WHEREFORE, the Court's July 1, 2009 Order Granting Stipulation To Enlarge Time For Cisco's Response To Defendants' Motions To Dismiss For Lack Of Personal Jurisdiction And Subject Matter Jurisdiction ("Motions to Dismiss") set the hearing regarding those motions on September 25, 2009 at 9:00 am (D.I. 40);

7     WHEREFORE, pursuant to the parties' joint stipulation, the Court rescheduled the Case Management Conference to the same date as that of the hearing on the Motions to Dismiss, September 25, at 1:30 pm (D.I. 50);

10     WHEREFORE, pursuant to the parties' joint stipulation of August 31, 2009, Defendant Teleconference Systems, LLC withdrew its Motion to Dismiss For Lack of Personal Jurisdiction (D.I. 58);

13     WHEREFORE, on the same day, Defendants filed a Joint Motion to Dismiss, Stay or in the Alternative Transfer to the District of Delaware (D.I. 56);

15     WHEREFORE, pursuant to the parties' subsequent joint stipulation, the Court rescheduled the Case Management Conference and the hearing on Defendants' Joint Motion to Dismiss, Stay or Transfer and on the remaining Motion to Dismiss for October 30, 2009 (D.I. 70);

18     WHEREFORE, in the parallel action in the District of Delaware, *Teleconference Systems, LLC v. Procter & Gamble Pharmaceuticals, Inc. et al.*, C.A. No. 09-200 (JBS), currently pending before the court are Cisco Systems, Inc.'s motions to stay and to transfer venue to the Northern District of California and Teleconference Systems, LLC's motion for leave to amend its complaint to add Tandberg, Inc. as an additional party;

23     WHEREFORE, the Delaware court has scheduled a hearing on Cisco's pending motions in that action for October 26, 2009; and

25     WHEREFORE, the parties believe that it may be most convenient and productive for the Court and for the parties to reschedule the remaining hearings and Case Management Conference in order to potentially allow for the motions pending in Delaware to be decided before the remaining hearings and Case Management Conference in this matter.

STIPULATION AND [PROPOSED] ORDER
REGARDING MOTION HEARINGS AND CASE
MANAGEMENT CONFERENCE      1      Case No. C 09-01550 JSW (JCS)

1    NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the hearing on Margalla's Motion to Dismiss For Lack of Subject Matter Jurisdiction and on the Defendants' Joint Motion to Dismiss, Stay or in the Alternative Transfer to the District of Delaware shall be held on December 18, 2009, at 9:00 a.m.  It is further stipulated that the Case Management Conference in this case shall be held on December 18, 2009, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Dated:  October 14, 2009        THE SIMON LAW FIRM, P.C.

By:    /s/ Timothy E. Grochocinski
TIMOTHY E. GROCHOCINSKI
teg@simonlawpc.com

Attorneys for Defendants

Dated:  October 14, 2009        WEIL, GOTSHAL & MANGES LLP

By:    /s/ Edward R. Reines
EDWARD R. REINES
edward.reines@weil.com

Attorneys for Plaintiff Cisco Systems, Inc.

**FILER'S ATTESTATION**

I, Edward R. Reines, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Timothy Grochocinski has concurred in this filing.

Dated: October 14, 2009                         WEIL, GOTSHAL & MANGES LLP


By:     */s/  Edward R. Reines*
        EDWARD R. REINES
        edward.reines@weil.com

        Attorneys for Plaintiff Cisco
        Systems, Inc.

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING MOTION HEARINGS AND CASE
MANAGEMENT CONFERENCE             3           Case No. C 09-01550 JSW (JCS)

1 **[PROPOSED] ORDER**

2   Pursuant to the Stipulation above, the hearing on Margalla's Motion to Dismiss For Lack
3 of Subject Matter Jurisdiction and on the Defendants' Joint Motion to Dismiss, Stay or in the
4 Alternative Transfer to the District of Delaware shall be held on December 18, 2009, at 9:00 a.m.
5 It is further ordered that the Case Management Conference in this case shall be held on December
6 18, 2009, at 1:30 p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue,
7 San Francisco, California.

9 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11 DATED: __October 16, 2009__                     _____
12                                                  JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER
REGARDING MOTION HEARINGS AND CASE
MANAGEMENT CONFERENCE                 4                Case No. C 09-01550 JSW (JCS)