ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

Attorneys for Defendants

MATTHEW D. POWERS (Bar No. 104795)
matthew.powes@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
RIP FINST (Bar No. 234478)
rip.finst@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. C 09-01550 JSW (JCS)<br><br>STIPULATED REQUEST AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT CONFERENCE<br><br>Hon. Joseph C. Spero |

WHEREFORE, the Court's October 16, 2009 Order entering the parties' stipulation scheduled the deadline for the meeting of the parties' principals for November 30, 2009 and the Settlement Conference for January 11, 2010 (D.I. 82);

WHEREFORE, in the parallel action in the District of Delaware, *Teleconference Systems, LLC v. Procter & Gamble Pharmaceuticals, Inc. et al.*, C.A. No. 09-200 (JBS), currently pending before the court are Cisco Systems, Inc.'s motions to stay and to transfer venue to the Northern District of California;

WHEREFORE, the Delaware court heard argument on Cisco's pending motions in that action on November 13, 2009 and has taken the motions under submission;

WHEREFORE, currently pending before this Court are Margalla Communications, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction and Defendants' Motion to Dismiss, Stay or In the Alternative Transfer to the District of Delaware, and a hearing on those motions and the Case Management Conference are scheduled for December 18, 2009; and

WHEREFORE, the parties believe that it may be most convenient and productive for the Court and for the parties to extend the deadline for the settlement process to allow the parties sufficient time to consider the resolutions of the motions pending in both actions in advance of the Settlement Conference before this Court.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the parties' principals will meet and confer, in person, regarding settlement by January 29, 2010. It is further stipulated that the Settlement Conference in this case shall be held on a date convenient for the Court in early to mid-February 2010.

Dated: November 24, 2009     THE SIMON LAW FIRM, P.C.

By: ___*/s/ Anthony G. Simon*___
ANTHONY G. SIMON
asimon@simonlawpc.com

Attorneys for Defendants

| | | |
|---|---|---|
| 1 | Dated: November 24, 2009 | WEIL, GOTSHAL & MANGES LLP |
| 2 | | By: _____/s/ Sonal N. Mehta_____ |
| 3 | | sonal.mehta@weil.com |
| 4 | | Attorneys for Plaintiff Cisco Systems, Inc. |

### FILER'S ATTESTATION

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Anthony Simon has concurred in this filing.

Dated: November 24, 2009              WEIL, GOTSHAL & MANGES LLP

                                      By: _____/s/ Sonal N. Mehta_____
                                              sonal.mehta@weil.com

                                      Attorneys for Plaintiff Cisco
                                             Systems, Inc.

STIPULATED REQUEST AND [PROPOSED]
ORDER REGARDING SETTLEMENT
CONFERENCE                    2               Case No. C 09-01550 JSW (JCS)

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the parties' principals will meet and confer, in person, regarding settlement by January 29, 2010. It is further ordered that the Settlement Conference in this case shall be held on __February 16__, 2010, at __9:30 AM__, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __11/30/09__

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE