IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

    Plaintiff,

    v.

TELECONFERENCE SYSTEMS, LLC, et al.,

    Defendants.

No. C 09-01550 JSW

**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT**

This matter is set for a hearing on December 18, 2009 at 9:00 a.m. on the joint motion to dismiss, stay or transfer filed by defendants Teleconference Systems, LLC and Margalla Communications, LLC. On November 25, 2009, the United States District Court for the District of Delaware ordered that the two actions pending there, including *Teleconference Systems, LLC v. Procter & Gamble Pharmaceuticals, Inc., et al.*, C.A. No. 09-200 (JBS), be transferred to the Northern District of California. In light of the Delaware court's order, the pending joint motion to dismiss, stay or transfer this case to the District of Delaware appears to be moot.

The Court orders the parties to file a joint report by no later than December 14, 2009 regarding the status of the pending motion to dismiss, stay or transfer this case to the District of Delaware.

**IT IS SO ORDERED.**

Dated: December 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE