ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri  63101
Phone:  (314) 241-2929
Fax:  (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

Attorneys for Defendants

MATTHEW D. POWERS (Bar No. 104795)
matthew.powes@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
RIP FINST (Bar No. 234478)
rip.finst@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>Defendants. | Case No. C 09-01550 JSW<br><br>JOINT STATUS REPORT<br><br>Hon. Jeffrey S. White |

Pursuant to the Court's December 7, 2009 Order (Doc. 86), the parties wish to advise the Court of the following developments.

In the parallel action in the District of Delaware, *Teleconference Systems, LLC v. Procter & Gamble Pharmaceuticals, Inc. et al.*, C.A. No. 09-200 (JBS), previously pending before the Delaware court were Defendants' motions to stay and to transfer venue to the Northern District of California. The Delaware court heard argument on those motions on November 13, 2009 and on November 25, 2009 ordered that the case be transferred to the Northern District of California. The docketing entry for the court's transfer order states that, per United States District Court for the District of Delaware Clerk's Office procedures, the case will not be transferred until 10 business days following the order.

In light of the foregoing, and as stipulated in the parties' concurrently-filed Joint Stipulation and [Proposed] Order Regarding Case Management Conference And Pending Motions to Dismiss, Defendant Margalla Communications, Inc. ("Margalla") seeks to withdraw its Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 24), and Margalla and Defendant Teleconference Systems, LLC ("TS") seek to withdraw their Joint Motion to Dismiss, Stay or in the Alternative Transfer to The District of Delaware (Doc. 56), which was previously scheduled to be heard December 18, 2009. Cisco Systems, Inc., Margalla and TS also believe that it may be most convenient and productive for the Court and the parties and postpone the Case Management Conference to allow for transfer of the Delaware action to be formally completed and to allow the parties to discuss the configuration of the case, respond to the pending pleadings and prepare a Joint Case Management Conference Statement reflecting those developments prior to the Case Management Conference. Accordingly, and as stipulated in the parties' concurrently-filed Joint Stipulation and [Proposed] Order Regarding Case Management

1  Conference And Pending Motions to Dismiss, the parties request that the Case Management
2  Conference currently scheduled for December 18, 2009 be postponed and the parties will
3  propose a new date for the Case Management Conference once we have discussed the
4  configuration of the case and counsel for all parties have appeared and responded to pleadings.

Dated: December 10, 2009                THE SIMON LAW FIRM, P.C.

                                        By: /s/ Anthony G. Simon
                                            ANTHONY G. SIMON
                                            asimon@simonlawpc.com

                                        Attorneys for Defendants

Dated: December 10, 2009                WEIL, GOTSHAL & MANGES LLP


                                        By: ___/s/ Edward R. Reines___
                                            EDWARD R. REINES
                                            edward.reines@weil.com

                                        Attorneys for Plaintiff Cisco
                                        Systems, Inc.

## FILER'S ATTESTATION

I, Anthony G. Simon, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Edward Reines has concurred in this filing.

Dated: December 10, 2009          THE SIMON LAW FIRM, P.C.

By: /s/ Anthony G. Simon
    ANTHONY G. SIMON
    asimon@simonlawpc.com

Attorneys for Defendants