ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

Attorneys for Defendants

MATTHEW D. POWERS (Bar No. 104795)
matthew.powes@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
RIP FINST (Bar No. 234478)
rip.finst@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendants. | Case No. C 09-01550 JSW <br><br> JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND PENDING MOTIONS TO DISMISS <br><br> Hon. Jeffrey S. White |

WHEREFORE, on June 1, 2009, Defendant Margalla Communications, Inc. ("Margalla") filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 24);

WHEREFORE, Margalla hereby withdraws that motion;

WHEREFORE, on August 31, 2009, Defendants Teleconference Systems, LLC ("TS") and Margalla filed a Joint Motion to Dismiss, Stay or in the Alternative Transfer to The District of Delaware (Doc. 56);

WHEREFORE, Margalla and TS hereby withdraw that motion;

WHEREFORE, a hearing on Defendants' motions and the Case Management Conference are currently scheduled for December 18, 2009;

WHEREFORE, given Defendants' withdrawal of their pending motions, the parties request the hearing on those motions to be cancelled;

WHEREFORE, in the parallel action in the District of Delaware, *Teleconference Systems, LLC* v. *Procter & Gamble Pharmaceuticals, Inc. et al.*, C.A. No. 09-200 (JBS), previously pending before the court were Cisco Systems, Inc.'s motions to stay and to transfer venue to the Northern District of California;

WHEREFORE, the Delaware court heard argument on Cisco's motions in that action on November 13, 2009 and ordered on November 25, 2009 that the case be transferred to the Northern District of California; and

WHEREFORE, due to the transfer of the parallel Delaware matter to the Northern District of California, the parties to the current matter believe that it may be most convenient and productive for the Court and the parties to postpone the Case Management Conference to allow for transfer of the Delaware action to be formally completed, and to allow the parties to discuss the configuration of the case and based on that discussion respond as appropriate to pending

pleadings or motions, and prepare a Joint Case Management Conference Statement reflecting those developments prior to the Case Management Conference.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, Margalla's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Margalla and TS' Joint Motion to Dismiss, Stay or in the Alternative Transfer to the District of Delaware are withdrawn. Its is further stipulated that the Case Management Conference in this case be rescheduled and the parties will propose a new date for the Case Management Conference once we have discussed the configuration of the case and counsel for all parties have appeared and responded to pleadings.

Dated: December 10, 2009              THE SIMON LAW FIRM, P.C.

                                      By: /s/ Anthony G. Simon
                                          ANTHONY G. SIMON
                                          asimon@simonlawpc.com

                                      Attorneys for Defendants

Dated: December 10, 2009              WEIL, GOTSHAL & MANGES LLP

                                      By: /s/ Edward R. Reines
                                          EDWARD R. REINES
                                          edward.reines@weil.com

                                      Attorneys for Plaintiff Cisco Systems, Inc.

**FILER'S ATTESTATION**

I, Anthony G. Simon, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Edward Reines has concurred in this filing.

Dated:  December 10, 2009                THE SIMON LAW FIRM, P.C.

                                         By:  /s/ Anthony G. Simon
                                              ANTHONY G. SIMON
                                              asimon@simonlawpc.com

                                         Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation above, Defendants TS and Margalla's Joint Motion to Dismiss, Stay or in the Alternative Transfer to The District of Delaware and Defendant Margalla's Motion to Dismiss for Lack of Subject Matter Jurisdiction are withdrawn.  It is further ordered that the hearing on Defendants Motions set for December 18, 2009 is cancelled. It is further ordered that the parties will propose a new date for the Case Management Conference once they have discussed the configuration of the case and counsel for all parties have appeared and responded to pleadings.. The Court FURTHER ORDERS that the pending motions to seal are DENIED as MOOT.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 10, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE