1  ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
   TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
2  The Simon Law Firm, P.C.
   701 Market Street, Suite 1450
3  Saint Louis, Missouri 63101
   Phone: (314) 241-2929
4  Fax: (314) 241-2029
   asimon@simonlawpc.com
5  teg@simonlawpc.com

6  Attorneys for Defendants

7  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powes@weil.com
8  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
9  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
10 RIP FINST (Bar No. 234478)
   rip.finst@weil.com
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Telephone: (650) 802-3000
13 Facsimile: (650) 802-3100

14 Attorneys for Plaintiff
   CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW (JCS) |
| Plaintiff, | STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants. | Hon. Joseph C. Spero |

1  WHEREFORE, the Court's November 30, 2009 Order entering the parties' stipulation
2  scheduled the Settlement Conference in this case for February 16, 2010 (D.I. 85); and
3  WHEREFORE, the Court has requested that the Settlement Conference be reset for
4  another date due to scheduling considerations.
5  NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that,
6  subject to the Court's approval, the Settlement Conference in this case shall be held on March 23,
7  2010, and Settlement Conference Statements will be submitted by March 16, 2010.

Dated: January 21, 2010                THE SIMON LAW FIRM, P.C.

                                       By:   /s/ Anthony G. Simon
                                             ANTHONY G. SIMON
                                             asimon@simonlawpc.com

                                       Attorneys for Defendants


Dated: January 21, 2010                WEIL, GOTSHAL & MANGES LLP

                                       By:   /s/ Sonal N. Mehta
                                             sonal.mehta@weil.com

                                       Attorneys for Plaintiff Cisco
                                       Systems, Inc.


**FILER'S ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Anthony Simon has concurred in this filing.


Dated: January 21, 2010                WEIL, GOTSHAL & MANGES LLP

                                       By:   /s/ Sonal N. Mehta
                                             sonal.mehta@weil.com

                                       Attorneys for Plaintiff Cisco
                                       Systems, Inc.

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |

Pursuant to the Stipulation above, the parties will submit Settlement Conference Statements by March 16, 2010 and the Settlement Conference in this case shall be held on March 23, 2010, at \_\_\_9:30 AM\_\_\_, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: \_\_Jan. 22, 2010\_\_                                     _____
                                                                                    JOSEPH C. SPERO
                                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST AND [PROPOSED]
ORDER REGARDING SETTLEMENT
CONFERENCE                                2                        Case No. C 09-01550 JSW (JCS)