1 | LYNN H. PASAHOW (CSB NO. 54283)
lpasahow@fenwick.com
2 | VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
3 | HECTOR J. RIBERA (CSB NO. 221511)
hribera@fenwick.com
4 | HENRY Z. CARBAJAL III (CSB NO. 237951)
hcarbajal@fenwick.com
5 | FENWICK & WEST LLP
Silicon Valley Center
6 | 801 California Street
Mountain View, CA 94041
7 | Telephone: (650) 988-8500
Facsimile: (650) 938-5200
8
Attorneys for Movant
9 | HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS, LP,
10 | THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
11 | DREAMWORKS ANIMATION SKG, INC., and
AIG FINANCIAL PRODUCTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW (JCS) |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rule 3-12)** |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants. | |

Hewlett-Packard Company ("HP") and its customers AstraZeneca Pharmaceuticals, LP, The Dow Chemical Company, Advanced Micro Devices, Inc., DreamWorks Animation SKG, Inc. and AIG Financial Products Corp. are defendants in the action *Teleconference Systems, LLC v. Hewlett-Packard Co., et al.*, No. 5:09-cv-05896-HRL (the "HP Action"). The HP Action was originally filed by Teleconference Systems, LLC ("TS") in the District of Delaware on

August 24, 2009, but it was recently transferred to this Court and assigned to Magistrate Judge Lloyd. Pursuant to Civil Local Rule 3-12, the defendants in the HP Action respectfully request that request that the HP Action be related to the instant action, *Cisco Systems, Inc. v. Teleconference Systems, LLC et al.*, Case No. 3:09-cv-01550-JSW (the "Cisco Action"), and assigned to Judge Jeffrey S. White. Counsel for TS has indicated TS consents to this motion.

The Cisco Action is a declaratory judgment action filed by Cisco Systems, Inc. ("Cisco") on April 8, 2009 against defendants Teleconference Systems, LLC and Margalla Communications, Inc. to obtain a declaration that Cisco and others have not infringed and are not infringing United States Patent No. 6,980,526 (the "'526 patent") and that the '526 patent is invalid. TS has filed a counterclaim against Cisco and a third party complaint against others for infringement of the '526 patent. In the HP Action, TS asserts that HP and others are infringing the same '526 patent based on HP's Halo Telepresence videoconferencing products.

As both the HP Action and the Cisco Action involve allegations by the same plaintiff, TS, that HP and Cisco and others infringe the same patent, the cases should be related and assigned to the same judge. Assignment of both cases to Judge White, before whom the earlier-filed Cisco Action is currently pending, will promote judicial efficiency and avoid the risk of conflicting results. For these reasons, HP and the other movants respectfully request that the HP Action, *Teleconference Systems, LLC v. Hewlett-Packard Co., et al.*, No. 5:09-cv-05896-HRL, be related to the Cisco Action, *Cisco Systems, Inc. v. Teleconference Systems, LLC et al.*, Case No. 3:09-cv-01550-JSW, and that the HP Action be assigned to Judge White.

Dated: February 8, 2010                              FENWICK & WEST LLP


By   /s/Virginia K. DeMarchi
     Virginia K. DeMarchi

Attorneys for Movants
HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS,
LP, THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
DREAMWORKS ANIMATION SKG, INC.,
and AIG FINANCIAL PRODUCTS CORP.