_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

_

LYNN H. PASAHOW (CSB NO. 54283)
lpasahow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR J. RIBERA  (CSB NO. 221511)
hribera@fenwick.com
HENRY Z. CARBAJAL III (CSB NO. 237951)
hcarbajal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:      (650) 938-5200

Attorneys for Movant
HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS, LP,
THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
DREAMWORKS ANIMATION SKG, INC., and
AIG FINANCIAL PRODUCTS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>        Defendants. | Case No. C 09-01550 JSW (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RELATE CASES** |

WHEREAS, for the reasons explained in the Administrative Motion to Consider Whether Cases Should Be Related filed by Hewlett-Packard Company, AstraZeneca Pharmaceuticals, LP, The Dow Chemical Company, Advanced Micro Devices, Inc., DreamWorks Animation SKG, Inc. and AIG Financial Products Corp, the undersigned parties believe that the following cases meet the requirements for relation under Civil Local Rule 3-12(a):

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

- *Teleconference Systems, LLC v. Hewlett-Packard Co., et al.*, No. 5:09-cv-05896-HRL

- *Cisco Systems, Inc. v. Teleconference Systems, LLC and Margalla Communications, Inc.*, No. 3:09-cv-01550-JSW

NOW THEREFORE, IT IS STIPULATED BY THE UNDERSIGNED PARTIES that, subject to the Court's approval, the action *Teleconference Systems, LLC v. Hewlett-Packard Co., et al.*, No. 5:09-cv-05896-HRL, is hereby be related to the action *Cisco Systems, Inc. v. Teleconference Systems, LLC and Margalla Communications, Inc., No. 3:09-cv-01550-JSW*, and is assigned to Judge Jeffrey S. White.

SO STIPULATED.

Dated: February 8, 2010    FENWICK & WEST LLP

By:  */s/Virginia K. DeMarchi*
     Virginia K. DeMarchi

Attorneys for Movants
HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS,
LP, THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
DREAMWORKS ANIMATION SKG, INC.,
and AIG FINANACIAL PRODUCTS CORP.

Dated: February 8, 2010    THE SIMON LAW FIRM, P.C.

By:  */s/Anthony G. Simon*
     Anthony G. Simon
     asimon@simonlawpc.com

Attorneys for Defendants
TELECONFERENCE SYSTEMS, LLC and
MARGALLA COMMUNICATIONS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 8, 2010.

By: /s/ Virginia K. DeMarchi
Virginia K. DeMarchi

**ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____February 9___, 2010

*Jeffrey S. White* (signature)
Jeffrey S. White
United States District Judge