1   LYNN H. PASAHOW (CSB NO. 054283)
    lpasahow@fenwick.com
2   VIRGINIA K. DEMARCHI (CSB NO. 168633)
    vdemarchi@fenwick.com
3   HECTOR RIBERA (CSB NO. 221511)
    hribera@fenwick.com
4   HENRY Z. CARBAJAL III (CSB NO. 237951)
    hcarbajal@fenwick.com
5   FENWICK & WEST LLP
    Silicon Valley Center
6   801 California Street
    Mountain View, CA  94041
7   Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200
8
    Attorneys for Defendants and Counterclaimants
9   HEWLETT-PACKARD COMPANY,
    ASTRAZENECA PHARMACEUTICALS, LP,
10  THE DOW CHEMICAL COMPANY,
    ADVANCED MICRO DEVICES, INC.,
11  DREAMWORKS ANIMATION SKG, INC., and
    AIG FINANCIAL PRODUCTS CORP.

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

17  TELECONFERENCE SYSTEMS, LLC,          Case No. 5:09 CV 05896 (JSW)

18              Plaintiff,                **NOTICE AND [PROPOSED] ORDER OF
                                          WITHDRAWAL OF ASHBY & GEDDES**
19          v.                            **AND INDIVIDUAL ATTORNEYS AS
                                          ATTORNEYS OF RECORD**
20  HEWLETT-PACKARD COMPANY,
    ASTRAZENECA PHARMACEUTICALS,
21  LP, THE DOW CHEMICAL COMPANY,
    ADVANCED MICRO DEVICES, INC.,
22  DREAMWORKS ANIMATION SKG,
    INC., and AIG FINANCIAL PRODUCTS
23  CORPORATION,

24              Defendants.

25
    AND RELATED CROSS CLAIMS.
26

27  / / /

28  / / /

NOTICE & [PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL
CASE NO. 5:09 CV 05896 (JSW)

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE

2   THAT:

3        Defendants and Counterclaimants Hewlett-Packard Company, AstraZeneca

4   Pharmaceuticals, LP, The Dow Chemical Company, Advanced Micro Devices, Inc.,

5   DreamWorks Animation SKG, Inc., and AIG Financial Products Corp. ("Defendants") request

6   that the Court allow the firm Ashby & Geddes, including attorneys John G. Day, Lauren E.

7   Maguire, and Caroline Hong, to withdraw their appearances as counsel of record for Defendants

8   in the above-captioned action and to be removed from receiving electronic notification of filings.

9   Ashby & Geddes were counsel to Defendants when this action was venued in the District of

10  Delaware.  Following transfer of the action to this District, Ashby & Geddes have ceased their

11  representation of Defendants.  The appearances of Fenwick & West and the other attorneys who

12  individually have entered appearances on behalf of Defendants shall remain in effect and are not

13  affected by this withdrawal.

14  Dated: February 24, 2010          FENWICK & WEST LLP

15

16                                    By: _s/Virginia K. DeMarchi_____
                                          Virginia K. DeMarchi
17

18                                    Attorneys for Defendants and Counterclaimants
                                      HEWLETT-PACKARD COMPANY,
19                                    ASTRAZENECA PHARMACEUTICALS, LP,
                                      THE DOW CHEMICAL COMPANY,
20                                    ADVANCED MICRO DEVICES, INC.,
                                      DREAMWORKS ANIMATION SKG, INC., and
21                                    AIG FINANCIAL PRODUCTS CORP.

22

23                                    **ORDER**

        IT IS SO ORDERED.
24

25

26  Dated: _ March 1 _____ , 2010

27                                    _____
                                      The Honorable Jeffrey S. White
28                                    United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW