LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR RIBERA (CSB NO. 221511)
hribera@fenwick.com
HENRY Z. CARBAJAL III (CSB NO. 237951)
hcarbajal@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants and Counterclaimants
HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS, LP,
THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
DREAMWORKS ANIMATION SKG, INC., and
AIG FINANCIAL PRODUCTS CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, THE DOW CHEMICAL COMPANY, ADVANCED MICRO DEVICES, INC., DREAMWORKS ANIMATION SKG, INC., and AIG FINANCIAL PRODUCTS CORPORATION,<br><br>Defendants.<br><br>AND RELATED CROSS CLAIMS. | Case No. 5:09 CV 05896 (JSW)<br><br>**NOTICE AND [PROPOSED] ORDER OF WITHDRAWAL OF ASHBY & GEDDES AND INDIVIDUAL ATTORNEYS AS ATTORNEYS OF RECORD** |

/ / /

/ / /

NOTICE & [PROPOSED] ORDER OF WITHDRAWAL OF COUNSEL
CASE NO. 5:09 CV 05896 (JSW)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

Defendants and Counterclaimants Hewlett-Packard Company, AstraZeneca Pharmaceuticals, LP, The Dow Chemical Company, Advanced Micro Devices, Inc., DreamWorks Animation SKG, Inc., and AIG Financial Products Corp. ("Defendants") request that the Court allow the firm Ashby & Geddes, including attorneys John G. Day, Lauren E. Maguire, and Caroline Hong, to withdraw their appearances as counsel of record for Defendants in the above-captioned action and to be removed from receiving electronic notification of filings. Ashby & Geddes were counsel to Defendants when this action was venued in the District of Delaware. Following transfer of the action to this District, Ashby & Geddes have ceased their representation of Defendants. The appearances of Fenwick & West and the other attorneys who individually have entered appearances on behalf of Defendants shall remain in effect and are not affected by this withdrawal.

Dated: February 24, 2010

FENWICK & WEST LLP

By: *s/Virginia K. DeMarchi*
Virginia K. DeMarchi

Attorneys for Defendants and Counterclaimants
HEWLETT-PACKARD COMPANY,
ASTRAZENECA PHARMACEUTICALS, LP,
THE DOW CHEMICAL COMPANY,
ADVANCED MICRO DEVICES, INC.,
DREAMWORKS ANIMATION SKG, INC., and
AIG FINANCIAL PRODUCTS CORP.

**ORDER**

IT IS SO ORDERED.

Dated: __March 1__, 2010

The Honorable Jeffrey S. White
United States District Court Judge