1  ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
   TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
2  The Simon Law Firm, P.C.
   701 Market Street, Suite 1450
3  Saint Louis, Missouri 63101
   Phone: (314) 241-2929
4  Fax: (314) 241-2029
   asimon@simonlawpc.com
5  teg@simonlawpc.com

6  Attorneys for Defendants

7  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powes@weil.com
8  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
9  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
10 RIP FINST (Bar No. 234478)
   rip.finst@weil.com
11 WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
12 Redwood Shores, CA 94065
   Telephone: (650) 802-3000
13 Facsimile: (650) 802-3100

14 Attorneys for Plaintiff
   CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW (JCS) |
| Plaintiff, | STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | Hon. Joseph C. Spero |
| Defendants. | |

STIPULATED REQUEST AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE

Case No. C 09-01550 JSW (JCS)

WHEREFORE, the Court's November 30, 2009 Order entering the parties' stipulation scheduled the Settlement Conference in this case for February 16, 2010 (D.I. 85);

WHEREFORE, the Court requested that the Settlement Conference be reset for another date due to scheduling considerations and entered a January 22, 2010 Order (D.I. 90) rescheduling the Settlement Conference for March 23, 2010, with Settlement Conference Statements to be submitted by March 16, 2010;

WHEREFORE, a related case involving the same patent, Cisco and TS, and eight other parties was transferred to this district from the District of Delaware; and, based on TS's intent to consolidate the transferred case with this case and to add five additional parties, on February 4, 2010, TS filed its Third Party Complaint (D.I. 92), naming thirteen defendants;

WHEREFORE, on February 4, 2010, TS also filed its Answer to Complaint For Declaratory Judgment And Counterclaim ("TS's Counterclaim") (D.I. 93);

WHEREFORE, the Court's December 10, 2009 Order (D.I. 89) entering the parties' subsequent stipulation directed that the Case Management Conference in this case be rescheduled and that the parties will propose a new date for the Case Management Conference once the parties have discussed the configuration of the case and counsel for all parties have appeared and responded to pleadings;

WHEREFORE, Cisco Systems, Inc. and TS stipulated on March 1, 2010 (D.I. 109) that Cisco's response to TS's Counterclaim shall be due 21 days after service of TS's Third Party Complaint and summons on the last-served defendant named in TS's Third Party Complaint; and

WHEREFORE parties believe that it may be most convenient and productive for the Court and for the parties to extend the deadline for the settlement process until after the pleadings have been answered, a Case Management Conference has been conducted, and the parties have exchanged infringement and invalidity contentions under the Patent Local Rules.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the Settlement Conference shall be taken off calendar and the parties will contact Chambers to propose dates amenable to the Court for the Settlement Conference and submission of Settlement Conference Statements in this case after the Case

STIPULATED REQUEST AND [PROPOSED]
ORDER REGARDING SETTLEMENT
CONFERENCE  1  Case No. C 09-01550 JSW (JCS)

Management Conference is scheduled.

Dated: March 8, 2010                    THE SIMON LAW FIRM, P.C.

                                        By:   */s/ Anthony G. Simon*
                                              ANTHONY G. SIMON
                                              asimon@simonlawpc.com

                                        Attorneys for Defendants


Dated: March 8, 2010                    WEIL, GOTSHAL & MANGES LLP

                                        By:   */s/ Sonal N. Mehta*
                                              sonal.mehta@weil.com

                                        Attorneys for Plaintiff Cisco
                                        Systems, Inc.

**FILER'S ATTESTATION**

I, Sonal N. Mehta, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Anthony Simon has concurred in this filing.

Dated: March 8, 2010                    WEIL, GOTSHAL & MANGES LLP

                                        By:   */s/ Sonal N. Mehta*
                                              sonal.mehta@weil.com

                                        Attorneys for Plaintiff Cisco
                                        Systems, Inc.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the Settlement Conference shall be taken off calendar and the parties will contact Chambers to propose dates amenable to the Court for the Settlement Conference and submission of Settlement Conference Statements in this case after the Case Management Conference is scheduled.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 03/09/10

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST AND [PROPOSED]
ORDER REGARDING SETTLEMENT
CONFERENCE                             3                    Case No. C 09-01550 JSW (JCS)