United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

     Plaintiff,

  v.

TELECONFERENCE SYSTEMS, LLC, et al.,

     Defendants.

_____/

No. C 09-01550 JSW

**ORDER SETTING BRIEFING SCHEDULE REGARDING DEFENDANT AT&T INC.'S MOTION TO DISMISS THIRD PARTY COMPLAINT**

     This matter is set for a hearing on July 23, 2010 at 9:00 a.m. on the motion to dismiss filed by Third-Party Defendant AT&T Inc.  The opposition to this motion shall be filed by no later than May 14, 2010 and the reply, if any, shall be filed by no later than May 21, 2010.

     If the Court determines that this matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated: April 30, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE