ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice* application pending)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice* application pending)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com

ROBERT W. HICKS (Cal. Bar No. 168049)
KENNETH R. WRIGHT (Cal. Bar No. 176325)
Robert W. Hicks & Associates
14510 Big Basin Way, Suite 151
Saratoga, CA 95070
Telephone: (619) 846-4333
Facsimile: (619) 236-3413
rhicks@rwhlaw.com
kwright@rwhlaw.com

Attorneys for Defendant/Third Party Plaintiff
TELECONFERENCE SYSTEMS, LLC and
MARGALLA COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>Defendant/Third Party Plaintiff,<br><br>vs.<br><br>THE PROCTOR & GAMBLE COMPANY, et. al.<br><br>Third Party Defendants. | Case No.: C 09-01550 JSW<br><br>[PROPOSED] ORDER GRANTING TELECONFERENCE SYSTEMS, LLC'S NOTICE OF DISMISSAL OF SBM ATLANTIA, INC.<br><br>**JURY TRIAL DEMANDED** |

Teleconference Systems, LLC's Notice of Dismissal of SBM Atlantia, Inc. ("SBM"), is GRANTED. Third Party Defendant SBM is hereby dismissed without prejudice.

1.

[PROPOSED] ORDER GRANTING TELECONFERENCE
SYSTEMS, LLC'S NOTICE OF DISMISSAL OF SBM
ATLANTIA, INC.

Case No. C 09-01550 JSW

1  DATED: May 3, 2010

                                                                           */s/ Jeffrey S. White*
The Honorable Jeffrey S. White
U.S. District Court Judge

2.

[PROPOSED] ORDER GRANTING TELECONFERENCE
SYSTEMS, LLC'S NOTICE OF DISMISSAL OF SBM
ATLANTIA, INC.

Case No. C 09-01550 JSW