ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice* application pending)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice* application pending)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri  63101
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlawpc.com

ROBERT W. HICKS (Cal. Bar No. 168049)
KENNETH R. WRIGHT (Cal. Bar No. 176325)
Robert W. Hicks & Associates
14510 Big Basin Way, Suite 151
Saratoga, CA  95070
Telephone:     (619) 846-4333
Facsimile:     (619) 236-3413
rhicks@rwhlaw.com
kwright@rwhlaw.com

Attorneys for Defendant/Third Party Plaintiff
TELECONFERENCE SYSTEMS, LLC and
MARGALLA COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>　　　　Defendant/Third Party Plaintiffs,<br>　vs.<br><br>THE PROCTOR & GAMBLE COMPANY, et al.<br><br>　　　　Third Party Defendants. | Case No.: C 09-01550 JSW<br><br>TELECONFERENCE SYSTEMS, LLC'S NOTICE OF DISMISSAL OF AT&T, INC.<br><br>**JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 41(c)(1), Third Party Plaintiff, Teleconference Systems, LLC, hereby dismisses all claims against Third Party Defendant, AT&T, Inc. ("AT&T") without prejudice.  AT&T has filed a Motion to Dismiss Teleconference

1.

TELECONFERENCE SYSTEMS, LLC'S
NOTICE OF DISMISSAL OF AT&T, INC.

Case No. C 09-01550 JSW

Systems, LLC's Third Party Complaint For Lack of Personal Jurisdiction and Improper Venue [Doc. 170] but has not filed an answer to the third party complaint or a motion for summary judgment in this matter.

Dated:  May 3, 2010                                         THE SIMON LAW FIRM, P.C.

                                                        By:    /s/ Anthony G. Simon
                                                                ANTHONY G. SIMON
                                                                asimon@simonlawpc.com

                                                       Attorneys for Third Party Plaintiffs

2.

TELECONFERENCE SYSTEMS, LLC'S
NOTICE OF DISMISSAL OF AT&T, INC.
                                                                                Case No. C 09-01550 JSW

## PROOF OF SERVICE

I, Anthony G. Simon, declare:

I am and was at the time of the service mentioned in this declaration, employed in the City of St. Louis, Missouri.  I am over the age of 18 years and not a party to this cause and counsel of record for the plaintiff in this matter.  My business address is The Simon Law Firm, 701 Market St., Suite 1450, St. Louis, MO  63101.  On May 3, 2010, I served a copy of Teleconference Systems, LLC's Notice of Dismissal of AT&T, Inc. by electronic mail via CM/ECF system to the person(s) shown below following ordinary business practices of The Simon Law Firm and pursuant to agreement among counsel:

*All attorneys of record.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 3, 2010 in St. Louis, Missouri.

                                               /s/ Anthony G. Simon
                                                Anthony G. Simon

3.

TELECONFERENCE SYSTEMS, LLC'S
NOTICE OF DISMISSAL OF AT&T, INC.

Case No. C 09-01550 JSW