ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice* application pending)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice* application pending)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com

ROBERT W. HICKS (Cal. Bar No. 168049)
KENNETH R. WRIGHT (Cal. Bar No. 176325)
Robert W. Hicks & Associates
14510 Big Basin Way, Suite 151
Saratoga, CA 95070
Telephone: (619) 846-4333
Facsimile: (619) 236-3413
rhicks@rwhlaw.com
kwright@rwhlaw.com

Attorneys for Defendant/Third Party Plaintiff
TELECONFERENCE SYSTEMS, LLC and
MARGALLA COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: C 09-01550 JSW |
| vs. | ) |
| TELECONFERENCE SYSTEMS, LLC and | ) [PROPOSED] ORDER GRANTING |
| MARGALLA COMMUNICATIONS, INC., | ) TELECONFERENCE SYSTEMS, LLC'S |
| | ) NOTICE OF DISMISSAL OF AT&T, INC. |
| Defendant/Third Party Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| vs. | ) |
| THE PROCTOR & GAMBLE COMPANY, | ) |
| et. al. | ) |
| | ) |
| Third Party Defendants. | ) |

Teleconference Systems, LLC's Notice of Dismissal of AT&T, Inc. ("AT&T"), is GRANTED. Third Party Defendant AT&T is hereby dismissed without prejudice.

1.

[PROPOSED] ORDER GRANTING TELECONFERENCE
SYSTEMS, LLC'S NOTICE OF DISMISSAL OF AT&T, INC.

Case No. C 09-01550 JSW

1  DATED: May 4, 2010                    _____
2                                         The Honorable Jeffrey S. White
                                          U.S. District Court Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    2.

[PROPOSED] ORDER GRANTING TELECONFERENCE
SYSTEMS, LLC'S NOTICE OF DISMISSAL OF AT&T, INC.

Case No. C 09-01550 JSW