**The Simon Law Firm, P.C.**
*Attorneys and Counselors at Law*

Anthony G. Simon
asimon@simonlawpc.com

May 14, 2010

The Honorable Judge Joseph C. Spero
U.S. District Court - Northern District of California
450 Golden Gate Ave, 15$^h$ Floor
San Francisco, CA 94102

Re:   *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.*
      Case No. C 09-01550 JSW (JCS)

Judge Spero:

The above-referenced matter is set for a telephonic scheduling conference on June 1, 2010 at 9:00 a.m. I will be on a family vacation that was scheduled last year and will be unable to participate in the scheduling conference. My co-counsel, Timothy E. Grochocinski, who has also entered his appearance in this matter, is available to participate in the scheduling conference and has full authority to respond to any questions of the Court and commit to future dates on my behalf.

If my attendance is required, we would appreciate the scheduling conference be re-set for a date after June 9, 2010.

I apologize for any inconvenience this may cause. Thank you for your courtesies in this matter. If you have any questions, please do not hesitate to contact me at your convenience.

Sincerely,

Anthony G. Simon
*Attorney for Teleconference Systems and
    Margalla Communications*

[Stamp: IT IS SO ORDERED — Judge Joseph C. Spero — United States District Court, Northern District of California]

cc:   Ed Reines
      Stephen Sutro
      Ken Wright

701 Market Street, Suite 1450
St. Louis, Missouri 63101
Telephone 314.241.2929

www.simonlawpc.com

Toll Free 877.767.3108
Facsimile 314.241.2029