UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>Defendant/Third Party Plaintiff,<br>vs.<br><br>THE PROCTOR & GAMBLE PHARMACEUTICALS, INC., HSBC USA, INC., BAXTER HEALTHCARE CORPORATION, APPLIED MATERIALS, INC., WACHOVIA CORPORATION, STAPLES, INC., ENBRIDGE HOLDINGS (U.S.), L.L.C., GENERAL ELECTRIC COMPANY(GE), JOHNSON & JOHNSON, INC. and SAP AMERICA<br><br>Third Party Defendants. | Case No.: C 09-01550 JSW<br><br>[PROPOSED] ORDER TO SET CASE MANAGEMENT CONFERENCE |

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED that this matter along with the *Teleconference Systems, LLC v. Tandberg, Inc., et al.* matter, Case No. 3:10-cv-1325 matter will be set for a Case Management Conference on August 6, 2010.

Dated: June 28, 2010

_____
Jeffrey S. White
United States District Judge

1.

---

[PROPOSED] ORDER
TO SET CASE MANAGEMENT CONFERENCE

Case No. C 09-01550 JSW