# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**: 08/06/10                                              Time in Court: **20 mins.**

**JUDGE: JEFFREY S. WHITE**                    **Court Reporter**:  Lydia Zinn

**Courtroom Deputy**: Susan Imbriani

**CASE NO. C-09-1550  JSW**

**TITLE:**  Cisco Systems, Inc. v. Teleconference Systems, LLC, et al

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| **Andrew Perito, Edward Reines, Sonal Mehta** | **Kenneth Wright, Timothy Grochocinski** |
| | **Anthony Simon, Stephen Sutro** |

**PROCEEDINGS:**   Case Management Conference

**RESULTS:**   Court has adopted the briefing schedule in the Joint Case Management Conference Statement.

> **Tutorial hearing:**            03/22/11 @ 1:30 pm
> **Claim Construction hearing:**  03/29/11 @ 1:00 pm

The Court has ordered the presumptive bifurcation of liability and damages.

**REFERRALS:**

Parties have until 08/20/10, to notify the court if they have agreed upon a Magistrate Judge for discovery purposes.

**cc:**  JJO, JSW