UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendant/Third Party Plaintiff, <br> vs. <br><br> THE PROCTOR & GAMBLE PHARMACEUTICALS, INC., HSBC USA, INC., BAXTER HEALTHCARE CORPORATION, APPLIED MATERIALS, INC., WACHOVIA CORPORATION, STAPLES, INC., ENBRIDGE HOLDINGS (U.S.), L.L.C., GENERAL ELECTRIC COMPANY(GE), JOHNSON & JOHNSON, INC. and SAP AMERICA <br><br> Third Party Defendants. | Case No.: C 09-01550 JSW <br><br> [PROPOSED] ORDER TO EXTEND SETTLEMENT DEADLINES |

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadline for Defendants to provide a written settlement proposal be extended from October 5, 2010 to October 15, 2010 and the deadline for Plaintiff and Third Party Defendants to provide a written response to Defendants' settlement proposal and/or provide a counter-proposal be extended from October 12, 2010 to October 22, 2010.

Dated: 10/06/10 _____

_____
Magistrate Judge Joseph C. Spero

1.

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND SETTLEMENT DEADLINES

Case No. C 09-01550 JSW