.ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

*Attorneys for Plaintiff,*
*TELECONFERENCE SYSTEMS, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

   Plaintiff,

vs.

TANDBERG, INC., et al.

   Defendants.

Case No.: 3:10-cv-1325

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT DEADLINES**

WHEREFORE, the parties respectfully request that the following deadlines be extended as follows:

| Description | Current Deadline | Requested Extension |
|---|---|---|
| Deadline for Plaintiffs to provide a settlement demand | October 15, 2010 | November 29, 2010 |
| Deadline for Defendants to provide a written response to Plaintiff's settlement demand | October 22, 2010 | December 6, 2010 |
| Deadline for parties to submit a settlement conference statement | October 27, 2010 | December 7, 2010 |
| Settlement Conference | November 2, 2010 | December 14, 2010 |

WHEREFORE, the parties believe that the additional time will facilitate their development and discussion of settlement positions in advance of the settlement conference.

1.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the deadlines outlined in the above chart be extended as requested.

Dated: October 15, 2010        THE SIMON LAW FIRM, P.C.

                               By:   /s/ Timothy E. Grochocinski
                                     TIMOTHY E. GROCHOCINSKI
                                     teg@simonlawpc.com

                               Attorneys for Plaintiff

Dated: October 15, 2010        WEIL, GOTSHAL & MANGES, LLP

                               By:   /s/ Sonal N. Mehta
                                     SONAL N. MEHTA
                                     Sonal.Mehta@weil.com

                               Attorneys for Defendants

Dated: 10/18/10

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy E. Grochocinski, attest that concurrence in the filing of this document has been obtained from the other signatory. In compliance with General Order 45, paragraph X.B., I hereby attest that Sonal N. Mehta has concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2010

By:   /s/Timothy E. Grochocinski
       Timothy E. Grochocinski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on October 15, 2010.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski

3.