UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC. | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: C 09-01550 JSW |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | ) [PROPOSED] ORDER TO EXTEND JOINT CASE MANAGEMENT STATEMENT DEADLINES |
| Defendant/Third Party Plaintiff, | ) |
| vs. | ) |
| THE PROCTOR & GAMBLE PHARMACEUTICALS, INC., HSBC USA, INC., BAXTER HEALTHCARE CORPORATION, APPLIED MATERIALS, INC., WACHOVIA CORPORATION, STAPLES, INC., ENBRIDGE HOLDINGS (U.S.), L.L.C., GENERAL ELECTRIC COMPANY(GE), JOHNSON & JOHNSON, INC. and SAP AMERICA | ) |
| Third Party Defendants. | ) |

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadline for Plaintiff and Third Party Defendants to produce L.P.R. 3-3, Invalidity Contentions and L.P.R. 3-4, document production to accompany Invalidity Contentions be extended from October 18, 2010 to November 19, 2010.

Dated: October 19, 2010

_____
Jeffery S. White
U.S. District Judge

1.

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND JOINT CASE MANAGEMENT STATEMENT DEADLINES
Case No. C 09-01550 JSW