UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CISCO SYSTEMS, INC.

    Plaintiff,

vs.

TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,

    Defendant/Third Party Plaintiff,

vs.

THE PROCTOR & GAMBLE PHARMACEUTICALS, INC., HSBC USA, INC., BAXTER HEALTHCARE CORPORATION, APPLIED MATERIALS, INC., WACHOVIA CORPORATION, STAPLES, INC., ENBRIDGE HOLDINGS (U.S.), L.L.C., GENERAL ELECTRIC COMPANY(GE), JOHNSON & JOHNSON, INC. and SAP AMERICA

    Third Party Defendants.

Case No.: C 09-01550 JSW

[PROPOSED] ORDER TO EXTEND JOINT CASE MANAGEMENT STATEMENT DEADLINES

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadlines outlined in the following chart are herein GRANTED.

| Description | Requested Extension |
|---|---|
| Exchange of patent claim terms to be construed by the Court pursuant to Pat. L.R. 4-1. | December 1, 2010 |
| Exchange of proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 | December 13, 2010 |
| Conference regarding the terms to be construed by the Court | December 15, 2010 |

Dated: November 2, 2010

_____
Jeffery S. White, U.S. District Judge

1.