

Anthony G. Simon
asimon@simonlawpc.com

December 7, 2010

**VIA CM/ECF AND FEDERAL EXPRESS**

Magistrate Judge Joseph C. Spero
U.S.D.C. Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

**RE:** *Cisco Systems, Inc. v. Teleconference Systems, LLC*
  Case No. 3:09-cv-01550
  *Teleconference Systems, LLC v. Tandberg, Inc.*
  Case No. 3:10-cv-01325

Your Honor:

Per your Settlement Conference Order, parties are to lodge with the Court their settlement conference statement today in preparation of the Settlement Conference scheduled for Wednesday, December 14, 2010 at 9:30 a.m. I have fallen ill and hereby request a one day extension to lodge the Settlement Conference Statement for the aforementioned matters to December 8, 2010. Opposing counsel for both matters has consented and asked that they receive the same 1 day extension. Thank you in advance for your consideration.

    Respectfully submitted,

    **THE SIMON LAW FIRM, P.C.**

    By: /s/ Anthony G. Simon
    Anthony G. Simon
    Timothy E. Grochocinski
    701 Market St., Suite 1450
    St. Louis, MO 63101
    P. 314-241-2929
    F. 314-241-2029
    asimon@simonlawpc.com
    teg@simonlawpc.com

    *Attorneys for Teleconference Systems, LLC*

AGS/clr   Dated: 12/9/10

IT IS SO ORDERED
Judge Joseph C. Spero

cc: All Counsel of Record (via CM/ECF)

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929
www.simonlawpc.com
Toll Free 877.767.3108
Facsimile 314.241.2029