UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br>Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff, <br><br> v. <br><br>PROCTOR & GAMBLE PHARMACEUTICALS, INC., *et al.* <br><br>Third Party Defendants. | Case No. C 09-01550 JSW <br><br>**[PROPOSED]** ORDER TO EXTEND CLAIM CONSTRUCTION SCHEDULE <br><br>HON. JEFFREY S. WHITE |

Pursuant to the foregoing Joint Stipulation, and for good cause shown, IT IS ORDERED that the deadlines outlined in the following chart are hereby GRANTED.

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions under Patent Local Rules 3-1 and 3-2, including on behalf of Texas Action | N/A | February 2, 2011 |
| Coordinated Invalidity Contentions and Disclosures under Patent Local Rules 3-3 and 3-4, including on behalf | N/A | February 11, 2011 |

| | | |
|---|---|---|
| of Texas Action defendants AT&T Corporation and Frito-Lay North America, Inc. | | |
| Exchange of patent claim terms to be construed by the Court pursuant to Pat. L.R. 4-1. | December 1, 2010 | February 28, 2011 |
| Exchange of proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2. | December 13, 2010 | March 14, 2011 |
| Parties' Conference regarding the terms to be construed by the Court. | December 15, 2010 | March 18, 2011 |
| Filing of Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3. | December 20, 2010 | March 25, 2011 |
| Exchange of expert reports on Claim Construction (if any) | December 20, 2010 | March 25, 2011 |
| Completion of Claim Construction Discovery, including discovery of expert opinions (if any) on Claim Construction. | January 14, 2011 | April 15, 2011 |
| Filing of opening patent claim construction brief. | January 28, 2011 | April 29, 2011 |
| Filing of opposition patent claim | February 18, 2011 | May 20, 2011 |

| | | |
|---|---|---|
| construction brief. | | |
| Filing of reply patent claim construction brief. | March 4, 2011 | June 3, 2011 |
| Claim Construction Tutorial | March 22, 2011 | ~~At the Court's convenience, on or after~~ June 22, 2011 at 1:30 p.m. |
| Claim Construction hearing. | March 29, 2011 | ~~At the Court's convenience, on or after~~ June 29, 2011 ~~excluding~~ at 1:30 p.m. ~~the weeks of June 30, 2011, July 11, 2011, November 7, 2011 and November 14, 2011~~ |

Dated: December 22, 2010

*[signature: Jeffrey S. White]*

Hon. Jeffrey S. White
United States District Court Judge