```
 1  ANTHONY G. SIMON, Mo. Bar No. 38745 (pro hac vice)
    TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (pro hac vice)
 2  The Simon Law Firm, P.C.
    800 Market St., Suite 1700
 3  St. Louis, MO  63101
    Telephone:  (314) 241-2929
 4  Facsimile:  (314-241-2029
 5  asimon@simonlawpc.com
    teg@simonlawpc.com
 6
 7  Attorneys for Defendants TELECONFERENCE SYSTEMS, LLC
    and MARGALLA COMMUNICATIONS, INC.
 8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA,
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | |
| Plaintiff and Counterclaim-Defendant, | Case No. C 09-01550 JSW |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLAIM CONSTRUCTION DEADLINE PURSUANT TO PAT. L.R. 4-2** |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff, | HON. JEFFREY S. WHITE |
| v. | |
| PROCTOR & GAMBLE PHARMACEUTICALS, INC., *et al.* | |
| Third Party Defendants. | |

WHEREFORE Defendant Teleconference Systems, LLC and Counterclaim-Defendant Margalla Communications, Inc. file this Joint Stipulation to extend the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 and in support thereof state as follows:

WHEREFORE, on August 9, 2010, the Court issued an Order adopting the schedule for Patent Local Rules disclosures and claim construction briefing outlined by the parties in their Joint Case Management Statements in the California Actions [Doc. 201].

WHEREFORE, on December 22, 2010, Judge Jeffery S. White issued an Order granting an extension of the claim construction deadlines [Doc. 228].

WHEREFORE Defendant and Counterclaim Defendant's counsel requests an extension to consult with their clients regarding claim terms to be exchanged.

WHEREFORE the Defendants request and Plaintiff and Third Party Defendants have consented to a one day extension of the exchange of proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 from March 14, 2011 to March 15, 2011.

WHEREFORE the requested extension does not affect any other deadlines scheduled in this matter.

NOW THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 be extended as requested.

Dated:   March 14, 2011                            **THE SIMON LAW FIRM, P.C.**

                                                   By:   /s/ Timothy E. Grochocinski
                                                   Timothy E. Grochocinski
                                                   teg@simonlawpc.com

Dated:   March 14, 2011                            **WEIL, GOTSHAL & MANGES, LLP**

                                                   By: /s/ Andrew Perito
                                                   Andrew Perito
                                                   Andrew.perito@weil.com

Dated:   March 14, 2011                            **DUANE MORRIS, LLP**

                                                   By: /s/ Stephen H. Sutro
                                                   Stephen Sutro
                                                   shsutro@duanemorris.com

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy E. Grochocinski, attest that concurrence in the filing of this document has been obtained from the other signatory. In compliance with General Order 45, paragraph X.B., I hereby attest that Andrew Perito and Stephen H. Sutro has concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2011.

By:  /s/ Timothy E. Grochocinski
Timothy E. Grochocinski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on March 14, 2011.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff, <br><br> v. <br><br> PROCTOR & GAMBLE PHARMACEUTICALS, INC., *et al.* <br><br> Third Party Defendants. | Case No. C 09-01550 JSW <br><br> [PROPOSED] ORDER <br><br> HON. JEFFREY S. WHITE |

Pursuant to the foregoing Joint Stipulation, and for good cause shown, IT IS SO ORDERED the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 be extended to March 15, 2011 is GRANTED.

Dated: March 15, 2011

_____
Jeffery S. White
U.S. District Judge