ANTHONY G. SIMON, Mo. Bar No. 38745 (pro hac vice)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (pro hac vice)
The Simon Law Firm, P.C.
800 Market St., Suite 1700
St. Louis, MO  63101
Telephone:  (314) 241-2929
Facsimile:  (314-241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

**Attorneys for Defendants TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>          Plaintiff and Counterclaim-Defendant,<br><br>     v.<br><br>TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC.,<br><br>          Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff,<br><br>     v.<br><br>PROCTOR & GAMBLE PHARMACEUTICALS, INC., *et al.*<br><br>          Third Party Defendants. | Case No. C 09-01550 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLAIM CONSTRUCTION DEADLINES**<br><br>HON. JEFFREY S. WHITE |

WHEREFORE Defendant Teleconference Systems, LLC and Counterclaim-Defendant Margalla Communications, Inc. file this Joint Stipulation for Extension of Time to extend claim construction deadlines and in support thereof states as follows:

WHEREFORE, on August 9, 2010, the Court issued an Order adopting the schedule for Patent Local Rules disclosures and claim construction briefing outlined by the parties in their

Joint Case Management Statements in the California Actions [Doc. 201].

WHEREFORE, on December 22, 2010, Judge Jeffrey S. White issued an Order granting an extension of the claim construction deadlines [Doc. 228].

WHEREFORE Defendant and Counterclaim Defendant's counsel requests the aforementioned extensions due to being out of the office on family vacations.

WHEREFORE the Defendant and Counterclaim Defendant requests and Plaintiff and Third Party Defendants have consented to a one week extension of the following deadlines as outlined in the chart below:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Parties' Conference regarding the terms to be construed by the Court | March 18, 2011 | March 25, 2011 |
| Filing of Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3 | March 25, 2011 | April 1, 2011 |
| Exchange of expert reports on Claim Construction (if any) | March 25, 2011 | April 1, 2011 |

WHEREFORE the requested extension does not affect any other deadlines scheduled in this matter.

NOW THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, the claim construction deadlines be extended as outlined in the chart be extended as requested.

Dated: March 18, 2011          **THE SIMON LAW FIRM, P.C.**

By: /s/ Timothy E. Grochocinski
Timothy E. Grochocinski
teg@simonlawpc.com

Dated: March 18, 2011          **WEIL, GOTSHAL & MANGES, LLP**

By: /s/ Andrew Perito
Andrew Perito
Andrew.perito@weil.com

Dated: March 18, 2011                    DUANE MORRIS, LLP

                                       By: /s/ Stephen H. Sutro
                                       Stephen H. Sutro
                                       shsutro@duanemorris.com

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy E. Grochocinski, attest that concurrence in the filing of this document has been obtained from the other signatory. In compliance with General Order 45, paragraph X.B., I hereby attest that Andrew Perito and Stephen H. Sutro have concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2011.

                                       By: /s/ Timothy E. Grochocinski
                                         Timothy E. Grochocinski

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on March 18, 2011.

                                       /s/ Timothy E. Grochocinski
                                       Timothy E. Grochocinski

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff, <br><br> v. <br><br> PROCTOR & GAMBLE PHARMACEUTICALS, INC., *et al.* <br><br> Third Party Defendants. | Case No. C 09-01550 JSW <br><br> [~~PROPOSED~~] ORDER <br><br> HON. JEFFREY S. WHITE |

Pursuant to the foregoing Joint Stipulation and for good cause shown, IT IS SO ORDERED that the one week extension of the claim construction deadlines as outlined below are GRANTED.

| Event | Current Date | Proposed Date |
|---|---|---|
| Parties' Conference regarding the terms to be construed by the Court | March 18, 2011 | March 25, 2011 |
| Filing of Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3 | March 25, 2011 | April 1, 2011 |
| Exchange of expert reports on Claim Construction (if any) | March 25, 2011 | April 1, 2011 |

Dated: March 18, 2011

/s/ Jeffrey S. White
Jeffrey S. White
U.S. District Judge