1  PARTIES LISTED ON SIGNATURE PAGE

2

3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

4

| | |
|---|---|
| 5 CISCO SYSTEMS, INC., | Case No. C 09-01550 JSW |
| 6 Plaintiff, | **JURY TRIAL DEMANDED** |
| 7 v. | Claim Construction Hearing: June 29, 2011, 1:30 pm |
| 8 TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| 9 Defendants, | |
| 10 AND RELATED THIRD-PARTY PROCEEDING. | |
| 11 | |

| | |
|---|---|
| 13 TELECONFERENCE SYSTEMS, LLC, | Case No. C 10-1325 JSW |
| 14 Plaintiff, | **JURY TRIAL DEMANDED** |
| 15 v. | Claim Construction Hearing: June 29, 2011, 1:30 pm |
| 16 TANDBERG, INC., et al, | |
| 17 Defendants. | |

| | |
|---|---|
| 19 TELECONFERENCE SYSTEMS, LLC, | Case No. C 10-5740 JSW |
| 20 Plaintiff, | **JURY TRIAL DEMANDED** |
| 21 v. | Claim Construction Hearing: June 29, 2011, 1:30 pm |
| 22 AT&T CORP., et al, | |
| 23 Defendants. | |

24

25

26  **~~PROPOSED~~ ORDER FOR CONSOLIDATED BRIEFING**

27

28

# [PROPOSED] ORDER

Pursuant to the Stipulation, the Court hereby grants the parties' unopposed requests for leave to file opening and opposition briefs of not more than 30 pages; and the Court orders that Teleconference Systems and Margalla Communications, Inc. shall file a consolidated opening brief, not to exceed 30 pages, on April 29, 2011; Cisco, Third Party Defendants in Cisco Action, Defendants in Tandberg Action, and Defendants in AT&T Action shall file a consolidated opposition brief, not to exceed 30 pages, on May 20, 2011; and Teleconference Systems and Margalla Communications, Inc. shall file a consolidated reply, not to exceed 15 pages, on June 3, 2011.

**IT IS SO ORDERED.**

DATED:  April 19, 2011          _____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE