IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>     Plaintiff, <br><br>   v. <br><br> TELECONFERENCE SYSTEMS, LLC, et al., <br><br>     Defendants. | No. C 09-01550 JSW <br><br> **ORDER REGARDING REQUEST TO FILE EXTRINSIC EVIDENCE** |
| TELECONFERENCE SYSTEMS, LLC, <br><br>     Plaintiff, <br><br>   v. <br><br> TANDBERG, INC., et al., <br><br>     Defendants. | No. C 10-01325 JSW |
| TELECONFERENCE SYSTEMS, LLC, <br><br>     Plaintiff, <br><br>   v. <br><br> AT&T CORP., et al., <br><br>     Defendants. | No. C 10-05740 JSW |

Now before the Court is the request by Teleconference Systems, LLC and Margalla Communications, Inc. ("Plaintiffs") for leave to file extrinsic evidence. The Court HEREBY GRANTS IN PART and DENIES IN PART Plaintiffs' motion. To the extent Plaintiffs seek to file excepts of Mr. Klausner's deposition transcript which are responsive to Defendants' questioning of Mr. Klausner and Mr. Klausner's responses were referenced by Defendants in their claim construction briefing, Plaintiffs may file such extrinsic evidence. However, Plaintiffs' motion is denied to the extent their requested evidence exceeds this scope. Moreover, to the extent Plaintiffs seek to rely on this additional deposition testimony in support of their claims construction briefing, Plaintiffs shall file revised briefs incorporating the relevant evidence. Defendants will have an opportunity to file a revised brief as well to respond to Plaintiffs' additional evidence. To the extent Defendants find that Plaintiffs rely on evidence beyond the scope permitted by this Order, Defendants may object to such evidence.

Therefore, the Court FURTHER ORDERS as follows: The Parties shall file a revised joint claim construction statement in accordance with this Order by no later than July 29, 2011. Plaintiffs shall file a revised opening claims construction brief by no later than August 12, 2011. Defendants shall file a revised claims construction opposition by no later than September 2, 2011. Plaintiffs shall file a revised claims construction reply by no later than September 16, 2011. The tutorial and claims construction hearing are CONTINUED to October 18, 2011 at 1:00 p.m. and October 25, 2011 at 1:00 p.m., respectively.

**IT IS SO ORDERED.**

Dated: July 7, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE