PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff, <br><br> v. <br><br> PROCTOR & GAMBLE PHARMACEUTICALS, INC., et al. <br><br> Third Party Defendants. | Case No. C 09-01550 JSW <br><br> **JURY TRIAL DEMANDED** |
| TELECONFERENCE SYSTEMS, LLC, <br>     Plaintiff, <br><br> v. <br><br> TANDBERG, INC., et al., <br><br> Defendants. | Case No. C 10-1325 JSW <br><br> **JURY TRIAL DEMANDED** |
| TELECONFERENCE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., et al., <br><br> Defendants. | Case No. C 10-5740 JSW <br><br> **JURY TRIAL DEMANDED** |

**~~PROPOSED~~ ORDER REGARDING**
**EXTENSION OF TIME TO FILE REVISED JOINT CLAIM CONSTRUCTION STATEMENT**

Case No. C 09-1550 JSW
Case No. C 10-1375 JSW
Case No. C 10-5740 JSW

1  Pursuant to the Joint Stipulation For Extension Of Time To File Revised Joint
2  Claim Construction Statement and for good cause shown, IT IS SO ORDERED that the deadline
3  for the parties to file their Second Amended Joint Claim Construction Statement is extended to
4  August 2, 2011.

Dated: August 1, 2011

_____
JEFFREY S. WHITE
U.S. District Judge

1

Case No. C 09-1550 JSW
Case No. C 10-1375 JSW
Case No. C 10-5740 JSW