**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>TELECONFERENCE SYSTEMS, LLC, et al., <br><br>　　　　Defendants. | No. C 09-01550 JSW <br><br> **ORDER REGARDING BRIEFING SCHEDULE** |
| TELECONFERENCE SYSTEMS, LLC, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>TANDBERG, INC., et al., <br><br>　　　　Defendants. | No. C 10-01325 JSW |
| TELECONFERENCE SYSTEMS, LLC, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>AT&T CORP., et al., <br><br>　　　　Defendants. | No. C 10-05740 JSW |

1    Now before the Court is the parties' stipulation regarding Teleconference Systems, LLC
2 and Margalla Communications, Inc.'s ("Plaintiffs") use of extrinsic evidence.  The Court
3 appreciates the parties' efforts to resolve their discovery dispute.
4    The parties seek to rely on their original briefing and assert additional their arguments
5 regarding Plaintiff's extrinsic evidence at the claims construction hearing.  As the Court stated
6 in its prior order regarding this evidence, to the extent Plaintiffs seek to rely on extrinsic
7 evidence in support of their claims construction briefing, Plaintiffs shall file revised briefs
8 incorporating the relevant evidence.  The Court will not consider arguments raised at the
9 hearing which are not contained in the parties' briefs.  Therefore, Plaintiffs shall file a revised
10 opening claims construction brief by no later than September 12, 2011.  Defendants shall file a
11 revised claims construction opposition by no later than September 26, 2011.  Plaintiffs shall file
12 a revised claims construction reply by no later than October 5, 2011.  The tutorial and claims
13 construction hearing are CONTINUED to November 8, 2011 at 1:00 p.m. and November 15,
14 2011 at 1:00 p.m., respectively.
15    Alternatively, if Plaintiffs do not seek to rely on this additional extrinsic evidence, they
16 shall inform the Court by no later than September 12.  If they do not seek to rely on this
17 additional extrinsic evidence, the Court will not consider the parties' second or third amended
18 joint claim construction and prehearing statements.
19    **IT IS SO ORDERED.**

21  Dated: August 29, 2011                                    _____
                                                              JEFFREY S. WHITE
22                                                            UNITED STATES DISTRICT JUDGE

2