# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC, and others, <br><br> Defendants. | Case No. 09-cv-01550 JSW (NC) <br><br> **ORDER SETTING BRIEFING SCHEDULE RE: DISCOVERY DISPUTES** <br><br> (Re: Dkt. Nos. 268, 269, 270, 272) |

As to the discovery disputes set forth in plaintiff's and third party defendants' letters filed October 4 and 5 (docket entries 268, 269, and 272), it is ordered as follows:

1. The parties shall continue to confer in an effort to resolve or reduce the disputes.

2. Defendants may file a consolidated response by October 11. The response shall not exceed five pages.

3. No reply without leave of Court.

4. This Court will hold a telephonic discovery status conference on October 13, 2011, at 1:30 p.m. Counsel shall confirm their participation with Courtroom Deputy Lili Harrell (415.522.2039) in advance of the conference.

Dated: October 5, 2011

NATHANAEL COUSINS
United States Magistrate Judge