1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8                         **SAN FRANCISCO DIVISION**

9

10    CISCO SYSTEMS, INC.,                     Case No. 09-cv-01550 JSW (NC)

11                    Plaintiff,               **MINUTE ORDER RE:**
                                               **DISCOVERY DISPUTES**
12          v.

13                                             Re: Dkt. Nos. 268, 269, 270, 272,
      TELECONFERENCE SYSTEMS, LLC, and         277
14    MARGALLA COMMUNICATIONS INC.,

15                    Defendants.

16

17          Plaintiff Cisco Systems, Inc. moves to compel Defendants Teleconference

18    Systems, LLC and Margalla Communications, Inc. ("TS/Margalla") to provide complete

19    responses to Plaintiff's Interrogatories Nos. 1 and 8.  Having considered the parties' letter

20    briefs and accompanying submissions, as well as the oral argument of counsel, the Court

21    orders as follows:

22          As to Interrogatory No. 1, the Court finds Defendants' narrative description of

23    conception, reduction to practice and diligence to be sufficient at this time.  The Court

24    orders, however, that TS/Margalla amend their response to clarify their contended date of

25    conception and reduction to practice for each of the 26 patent claims by November 3,

26    2011.  By this date, TS/Margalla must also remove the language "at least as early as"

27    from its amended response, as suggested in footnote 3 of its October 11 letter briefing

28    (Dkt. No. 277).  The Court further orders Mr. Jang to certify the date(s) he specifies as to

1  conception and reduction to practice for each claim of the '526 patent on or before

2  November 3.

3       As to Interrogatory No. 8, the Court orders the parties to meet and confer further to

4  identify the search terms to be provided to Mr. Jang to determine dates on which he

5  became aware of prior art.  TS/Margalla is to serve a supplemental response to Plaintiff

6  by November 3.  The parties are to file a joint status report with this Court on or before

7  November 10 verifying that all items due to occur by November 3 have been completed.

8

9       IT IS SO ORDERED.

10

11       DATED: October 14, 2011

12

13

14  _____

NATHANAEL M. COUSINS

15  United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. 09-cv-01550 JSW (NC)
Minute Order re: Discovery Disputes