*Parties Listed On Signature Page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., | Case No. C 09-1550 JSW |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., | |
| Defendants, | |
| AND RELATED THIRD-PARTY PROCEEDING. | |

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | Case No. C 10-1325 JSW |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TANDBERG, INC., et al, | |
| Defendants. | |

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | Case No. C 10-5740 JSW |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| AT&T CORP., et al, | |
| Defendants. | |

**JOINT STIPULATION TO PERMIT DELIVERY AND
USE OF CERTAIN ELECTRONIC EQUIPMENT**

JOINT STIPULATION RE ELECTRONIC EQUIPMENT

CASE NO. C 09-1550 JSW
CASE NO. C 10-1325 JSW
CASE NO. C 10-5740 JSW

1         WHEREAS, pursuant to Civil L.R. 7-11, the parties respectfully submit this Joint Stipulation To Permit Delivery and Use of Certain Electronic Equipment for their presentations at the Claim Construction Tutorial scheduled for 1:00 p.m. on November 8, 2011, in the above captioned cases.

        WHEREAS, the parties respectfully request leave to have delivered and use the following: laptop computers and external drives; video recording equipment including, cameras, tripods, mixer, switcher, microphones, monitor and cart; and presentation equipment including, projector, screen, LCD monitors, distribution amplifier, audio mixer, audio amplifier, and switches; as well as required power cords, cables and connectors.

        WHEREAS, having conferred with Courtroom Deputy Jennifer Ottolini, the parties have been requested to deliver their electronic equipment to the Courtroom on November 8, 2011 at 11:00 a.m.

        NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the parties will have delivered and use presentation and video recording equipment at the Claim Construction Tutorial scheduled for 1:00 p.m. on November 8, 2011.

**IT IS SO STIPULATED**

Dated: November 4, 2011         By:   */s/ Edward R. Reines*
        EDWARD R. REINES (Bar No. 135960)
        edward.reines@weil.com
        SONAL N. MEHTA (Bar No. 222086)
        sonal.mehta@weil.com
        ANDREW L. PERITO (Bar No. 269995)
        andrew.perito@weil.com
        WEIL, GOTSHAL & MANGES LLP
        201 Redwood Shores Parkway
        Redwood Shores, CA 94065
        Telephone: (650) 802-3000
        Facsimile: (650) 802-3100

*Attorneys for Plaintiff Cisco Systems, Inc. And Third Party Defendants HSBC USA, Inc., Baxter Healthcare Corporation, Applied Materials, Inc., Wachovia Corporation, Staples, Inc., Enbridge Holdings (U.S.), L.L.C., And General Electric Company*

| | | |
|---|---|---|
| 1 | Dated: November 4, 2011 | By:     /s/ Jennifer Forte |

STEPHEN H. SUTRO (SBN 172168)
shsutro@duanemorris.com
DUANE MORRIS LLP
One Market, Spear Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3008
Facsimile: 415.276.9855

L. NORWOOD JAMESON (GA Bar No. 003970)
(*pro hac vice*)
wjameson@duanemorris.com
JENNIFER H. FORTE (GA Bar No. 940650)
(*pro hac vice*)
jhforte@duanemorris.com
DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309-3448
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Attorneys for Third Party Defendant SAP America*

Dated: November 4, 2011      By:     /s/ Kurt M. Pankratz
BRYANT C. BOREN, JR. (Bar No. 260602)
bryant.c.boren@bakerbotts.com
CHRISTOPHER KENNERLY (Bar No. 255932)
chris.kennerly@bakerbotts.com
KEVIN E. CADWELL (Bar No. 255794)
kevin.cadwell@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Telephone:  650.739.7500
Facsimile:  650.739.7699

KURT M. PANKRATZ (TX State Bar No. 24013291)
(*pro hac vice*)
kurt.pankratz@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Ste. 600
Dallas, TX  75201-2980
Telephone: 214.953.6584
Facsimile: 214.661.4584

*Attorneys for Defendant and Counterclaimant AT&T Corp.*

---

**JOINT STIPULATION RE ELECTRONIC EQUIPMENT**     2

**CASE NO. C 09-1550 JSW**
**CASE NO. C 10-1325 JSW**
**CASE NO. C 10-5740 JSW**

Dated: November 4, 2011

THE SIMON LAW FIRM, P.C.
By:     /s/ Timothy E. Grochocinski
Anthony G. Simon
Timothy E. Grochocinski
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
teg@simonlawpc.com

*Attorneys for Teleconference Systems, LLC and Margalla Communications, Inc.*

The parties are admonished in the future to file proposed orders with their stipulations.

Dated: November 7, 2011

IT IS SO ORDERED

*Jeffrey S. White* (signature)

Judge Jeffrey S. White

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

JOINT STIPULATION RE ELECTRONIC EQUIPMENT         3

**CASE NO. C 09-1550 JSW**
**CASE NO. C 10-1325 JSW**
**CASE NO. C 10-5740 JSW**