**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendants, Counterclaim-Plaintiffs and Third Party Plaintiff, <br><br> v. <br><br> PROCTOR & GAMBLE PHARMACEUTICALS, INC., et al. <br><br> Third Party Defendants. | Case No. C 09-01550 JSW (NMC) <br><br> **JURY TRIAL DEMANDED** |
| TELECONFERENCE SYSTEMS, LLC, <br> Plaintiff, <br><br> v. <br><br> TANDBERG, INC., et al., <br><br> Defendants. | Case No. C 10-1325 JSW (NMC) <br><br> **JURY TRIAL DEMANDED** |
| TELECONFERENCE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., et al., <br><br> Defendants. | Case No. C 10-5740 JSW (NMC) <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS**

On this day, the parties to the above captioned actions announced to the Court that they have settled their respective claims for relief asserted in these cases. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled causes and all claims brought by Teleconference Systems, LLC, Margalla Communications, Inc., Cisco Systems, Inc., and Tandberg, Inc. (not Tandberg LLC) in such causes are dismissed with prejudice, and all claims brought by AT&T Corp., HSBC USA, Inc., Baxter Healthcare Corporation, Applied Materials, Inc., Wachovia Corporation (now Wells Fargo & Company), Staples, Inc., Enbridge Holdings (U.S.), L.L.C., General Electric Company, SAP America, Avago Technologies U.S. Inc., One Communications Corp., Bayer Corporation, and Frito-Lay North America, Inc. in the above-captioned proceedings are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

Dated: July 3, 2012

_____
Hon. Jeffrey S. White
U.S. District Judge

[PROPOSED] ORDER GRANTING JOINT
MOTION TO DISMISS

Case No. C 09-1550 JSW (NMC)
Case No. C 10-1375 JSW (NMC)
Case No. C 10-5740 JSW (NMC)